## No. 09-9539. Jennia Gwendolyn Morrow, Petitioner v. United States.

562 U.S. 842, 131 S. Ct. 68, 178 L. Ed. 2d 48, 2010 U.S. LEXIS 5770.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 351 Fed. Appx. 649.